**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| CAMERON NOEL, *et al.*, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:24-cv-155–HEH |
| VIRGINIA FARM BUREAU INSURANCE COMPANY, *et al.*, | ) | |
| Defendants. | ) | |

**FINAL ORDER**

THIS MATTER is before on Plaintiff Cameron Noel's ("Plaintiff") Notice of Voluntary Dismissal with Prejudice (ECF No. 30), filed on February 4, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff states that all claims have been resolved. Therefore, upon due consideration, this action is DISMISSED WITH PREJUDICE against Defendants on behalf of Plaintiff. Each party shall bear its own costs and attorneys' fees. This case is CLOSED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: February 12, 2025
Richmond, Virginia